**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

VIRGIL BURNS                                                            Plaintiff

v.                                    2:08CV00151 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                               Defendant

**ORDER**

Defendant has filed a motion to remand this case pursuant to sentence four of 42 U.S.C. § 405(g) (1995):

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner seeks remand for further development of the record and to issue a new decision. Defendant's motion states that counsel for Plaintiff was contacted and had no objection. Under the circumstances, a sentence four remand is appropriate. <u>Buckner v. Apfel</u>, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

Accordingly, it is hereby

ORDERED that Defendant's motion to remand (docket #14) is hereby granted. All other pending motions are hereby rendered moot. This is a "sentence four" remand. This dismissal is without prejudice to Plaintiff's subsequent filing for attorney's fees under the Equal

Access to Justice Act.

DATED this 10th day of April, 2009.

                                             */s/ Henry L. Jones, Jr.*
                                     UNITED STATES MAGISTRATE JUDGE