IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

VIRGIL BURNS                                                    Plaintiff

v.                              2:08CV00151 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                        Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that Defendant's motion for remand is granted and this cause is remanded to the Commissioner for further action.  This is a sentence four remand within the meaning of 42 U.S.C. § 405(g) and Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED this 10th day of April, 2009.


_____
UNITED STATES MAGISTRATE JUDGE